IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CR-00048-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MAURICIO GRISALES | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant's pro se motion for reconsideration of the denial of his request for a transcript of his sentencing hearing. (Doc. No. 29).

The defendant again argues that a copy of the transcript in his criminal case is necessary for an immigration hearing. However, the enabling statute only provides for transcripts for indigent defendants in criminal cases, habeas corpus suits, and appeals certified not to be frivolous. 28 U.S.C. § 753(f). Thus, this Court is not authorized to provide the transcript for use in a collateral proceeding, such as an immigration hearing.

**IT IS, THEREFORE, ORDERED** that defendant's motion for reconsideration, (Doc. No. 29), is **DENIED**.

Signed: December 8, 2015

Robert J. Conrad, Jr.
United States District Judge